### Johnnie Jamerson v. The State.

#### No. 8333.   Decided December 19, 1923.

Burglary—Escape—Appeal.

Where it was shown that pending appeal appellant had escaped from the custody of the officers and was still at large the appeal must be dismissed.

Appeal from the District Court of Angelina.   Tried below before the Honorable L. D. Guinn.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard* and *Grover C. Morris,* Assistants Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted in the District Court of Angelina County of burglary, and his punishment fixed at two years in the penitentiary

There has been filed with the clerk of this court an affidavit in regular form setting forth that pending appeal appellant has escaped from the custody of the officers of Angelina county and is still at large. This being true, of necessity the appeal will be dismissed and it is so ordered.

*Dismissed.*